966 A.2d 1074

BOROUGH OF CARTERET, ETC., PLAINTIFF–MOVANT,
v. CDI INDUSTRIES, INC., ET AL., DEFENDANTS–
RESPONDENTS.

January 6, 2009.

ORDERED that the motion for leave to appeal is granted.

966 A.2d 1074

IN THE MATTER OF THE STATE GRAND
JURY INVESTIGATION.

February 11, 2009.

ORDERED that the motion of the Attorney General of New Jersey for leave to appeal is granted.

966 A.2d 1074

GEORGE FAHOURY D/B/A FAHOURY REALTY CO., AND FA-HOURY AUTO BODY INC., PLAINTIFFS–RESPONDENTS, v. SEAWORTHY ACQUISITIONS, LLC., GREGORY MORELLO, DEFENDANTS–MOVANTS, AND GLENN MORELLO, ET AL., DEFENDANTS.

February 25, 2009.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the trial court for the entry of an order granting movant's application to be relieved as counsel.

Jurisdiction is not retained.